IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. **6:16-cr-03039-MDH-1** |
| **PATRICK ROGER BRIGAUDIN** | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant's *pro se* motion requesting compassionate release. (Doc. 681). Defendant is serving a 360-month term of imprisonment for conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and conspiracy to commit money laundering reduced to time served. Defendant argues that extraordinary and compelling reasons exist due to medical circumstances, age, family circumstances, other reasons similar in gravity, an unusually long sentence, and rehabilitation. Defendant states he is 63 years old and has served 10 years of his sentence. Defendant states if released he would live with his common law wife/friend.

The Government opposes Defendant's Motion. (Doc. 682). The government argues Defendant's motion should be denied because he has not met his evidentiary burden demonstrating he has exhausted his administrative remedies.

After careful consideration of the record before the Court the Court hereby **DENIES** Defendant's *pro se* motion without prejudice for the reasons set forth in the government's opposition.

**IT IS SO ORDERED**.

DATED:  October 14, 2025

                                                        */s/ Douglas Harpool*
                                                        **DOUGLAS HARPOOL**
                                                        **UNITED STATES DISTRICT JUDGE**