# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **6:16-cr-03039-MDH-1** |
| ) | |
| **PATRICK ROGER BRIGAUDIN** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant's *pro se* motion requesting compassionate release. (Doc. 681). Defendant is serving a 360-month term of imprisonment for conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and conspiracy to commit money laundering reduced to time served. Defendant argues that extraordinary and compelling reasons exist due to medical circumstances, age, family circumstances, other reasons similar in gravity, an unusually long sentence, and rehabilitation. Defendant states he is 63 years old and has served 10 years of his sentence. Defendant states if released he would live with his common law wife/friend.

On September 15, 2025, Brigaudin filed a motion seeking immediate release under 18 U.S.C. § 3582(c)(1)(A), offering that he qualifies for relief under U.S.S.G. § 1B1.13(b)(1) for medical circumstances, § 1B1.13(b)(2) due to age, § 1B1.13(b)(3) for family circumstances, § 1B1.13(b)(5) for other reasons similar in gravity, § 1B1.13(b)(6) for an unusually long sentence, and rehabilitation. (Doc. 681.) The government responded by asserting Brigaudin failed to demonstrate administrative exhaustion. (Doc. 682.) This Court then denied Brigaudin's motion for failure to exhaust his administrative remedies. (Doc. 683.)

1

On October 27, 2025, Brigaudin requested reconsideration and included an exhibit that he claimed was filed with his initial motion that showed an email to a BOP staff member requesting compassionate release. (Doc. 684, 684-1.) This Court suspended its previous order denying Brigaudin's motion and ordered the government to respond to the merits of Brigaudin's motions. (Doc. 686). The Government responded. (Doc. 692). For the reasons stated herein, the Order Denying Motion for Sentence Reduction is hereby reinstated. The Motion for Sentence Reduction is **DENIED**.

## DISCUSSION

Brigaudin seeks relief under U.S.S.G. § 1B1.13(b)(1) based on medical circumstances. Brigaudin claims he suffers from type 2 diabetes, hypertension, and acid reflux. He notes that he takes seven different medications for these ailments. He also claims that he suffered severe head wounds in the past, and there are onset suspicions of Alzheimer's disease. (Doc. 681-3, pg. 4.) Brigaudin has not provided any medical documentation to substantiate his claims. The government has obtained a copy of Brigaudin's medical records from the BOP, which confirms that he suffers from type 2 diabetes, hypertension, and acid reflux (GERD). (Doc. 691-1, pg. 4.) There is no indication or mention of Alzheimer's disease onset. During sentencing, it was noted that Brigaudin suffered from insulin-dependent diabetes and high blood pressure. (Doc. 555 at 14, 22.) At sentencing, this Court varied downward, in part, due to Brigaudin's health issues. (Doc. 555 at 31.).

Brigaudin seeks relief under U.S.S.G. § 1B1.13(b)(2) based on his age. Brigaudin states that in December, he will be 64 years old. (Doc. 681-3, pg. 3.) Brigaudin's sentencing monitoring computation data shows that he has not yet served 10 years; he has served 31.8 percent of his term of imprisonment; and he has served 37.1 percent of his statutory term. (Doc. 692-2).

2

Brigaudin seeks relief under U.S.S.G. § 1B1.13(b)(3) based on family circumstances. Brigaudin claims that he wants to assist his common-law wife with her elderly parents. (Doc. 681-3, pg. 4).

For the reasons set forth in the Government's Opposition, Brigaudin fails to demonstrate an extraordinary and compelling reason justifying sentence reduction. (Doc. 692).

## **CONCLUSION**

After careful consideration of the record before the Court the Court hereby **DENIES** Defendant's *pro se* motion for the reasons set forth in the government's opposition (Doc. 692).

**IT IS SO ORDERED**.

DATED: November 24, 2025

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**